UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC J DUARTE,<br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>et al.,<br>　　　Defendants. | Civil Action No.<br>24-11963-NMG |

### ORDER

GORTON, J.

Eric Duarte, who is a pretrial detainee confined at Bridgewater State Hospital, brings this action in which he alleges that staff at Bridgewater State Hospital engaged in certain misconduct.

In a November 22, 2024 order (Docket # 4), the Court denied Duarte's motion for leave to proceed in forma pauperis because he is a "three strikes" litigant and did not show that he was "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Court stated that, if Duarte wished to pursue this action, he was required to pay the $405 filing fee or show good cause why 28 U.S.C. § 1915(g) does not preclude him from proceeding without prepayment of the filing fee. The Court stated that failure to do so within 35 days would result in dismissal of the action without prejudice.

The deadline for complying with the Court's November 22, 2024 order has lapsed without any response from Duarte.

Accordingly, this action is DISMISSED without prejudice for Duarte's failure to prepay the full filing fee or show good cause why he should not be required to do so.

**So ordered.**

Dated: 02/11/2025

                                                                  /s/ Nathaniel M. Gorton
                                                                  Nathaniel M. Gorton
                                                                  United States District Judge

2